# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0775

VERSUS

ANDRE CROON                                    **SEPTEMBER 25, 2023**

---

In Re:     Andre Croon, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 11-17-0184.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT DENIED.**

                              JMG
                              WRC
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT